# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DAWN EZELL,

    Plaintiff,

v.                                                  Case No: 8:18-cv-1110-T-23CPT

NATIONAL CREDIT ADJUSTERS, LLC,

    Defendant.

_____

## ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **NATIONAL CREDIT ADJUSTERS, LLC** in Tampa, Florida on the 30th day of July, 2018.

                                                ELIZABETH M. WARREN, CLERK

                                                s/C.R., Deputy Clerk

Copies furnished to:

Counsel of Record